UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CARLOS MAISONET

v.   CA 10-514 ML

A.T. WALL, et al.

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on January 7, 2011. Plaintiff has filed a timely objection, however, the Court finds that the objection has no merit. The Court, therefore, adopts the Report and Recommendation in its entirety.

The complaint is DISMISSED pursuant to 28 U.S. C. § 1915(e)(2) and § 1915A.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
January 28, 2011